| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **To:** | Steven Stern |
| **Subject:** | Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT |
| **Date:** | Sunday, December 30, 2018 8:00:43 PM |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Frank Daley at (718)613-2581.

Account Number: 4191384
Court: NEW YORK EASTERN DISTRICT COURT
Amount: $400.00
Tracking Id: ANYEDC-11062549
Approval Code: 150127
Card Number: ************2009
Date/Time: 12/30/2018 08:00:25 ET

NOTE: This is an automated message. Please do not reply