RICHARD S. SCHURIN
STEVEN STERN
EVGENY KRASNOV
BENJAMIN LITTLE
PENINA GREEN
MEGAN ABNER



595 STEWART AVENUE
SUITE 510
GARDEN CITY, NY 11530
TEL. (516) 248-0300
FAX (516) 283-0277
WWW.STERNSCHURIN.COM

September 20, 2019

**VIA ECF**
Hon. Brian M. Cogan
United States District Court Judge
Eastern District of New York
Brooklyn Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: *DJ Direct, Inc. v. Rubie's Costume Company, Inc.*
       Civil Action No.: 18-cv-07445-BMC

Dear Judge Cogan:

  This firm represents plaintiff, DJ Direct, Inc. ("DJ Direct").

  Counsel for all parties and Yoel Freidman appeared this morning at DJ Direct's previously scheduled deposition of counterclaim co-defendant Yoel Freidman. This deposition was held at the Courthouse at the request of Mr. Freidman's counsel. Forty-five minutes into the deposition, Mr. Freidman indicated that he must leave the deposition to attend the funeral of his wife's aunt. Mr. Freidman thereafter left the deposition. Counsel for the parties then discussed how to proceed, and it was agreed to request the Court's permission to adjourn Mr. Freidman's deposition to October 10, 2019, which is ten days after the close of discovery period. It was also agreed that the continued deposition would take place at the offices of Rubie's counsel. All counsel together then called Chambers to request Court approval.

  During our call the Court's clerk stated that the Court approved the continuation of the deposition of Mr. Freidman on October 10, 2019. Your Honor's clerk also asked counsel to send this letter memorializing the Court's decision.

              Respectfully submitted,
              **STERN & SCHURIN LLP**

              *Richard S. Schurin*

              Richard S. Schurin