RICHARD S. SCHURIN
STEVEN STERN
EVGENY KRASNOV
BENJAMIN LITTLE
PENINA GREEN
MEGAN ABNER

595 STEWART AVENUE
SUITE 510
GARDEN CITY, NY 11530
TEL. (516) 248-0300
FAX (516) 283-0277
WWW.STERNSCHURIN.COM



December 12, 2019

**VIA ECF**

The Honorable Brian M. Cogan
United States District Court Judge
Eastern District of New York
Brooklyn Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *DJ Direct, Inc. v. Rubie's Costume Company, Inc.*
              Civil Action No.: 18-cv-7445

Dear Judge Cogan:

      This firm represents plaintiff, DJ Direct, Inc., in connection with the above-referenced litigation ("Action"). We submit this letter jointly with counsel for defendant Rubie's Costume Company, Inc., Kevin Schlosser, Esq., and with counsel for counterclaim defendant Yoel Friedman, Avrom R. Vann, Esq., to report that the parties have reached a global settlement of all claims, counterclaims and cross-claims, pending the clearance of funds which have recently been deposited into Mr. Schlosser's firm's escrow account. Once Mr. Schlosser advises that the funds have cleared, the parties will execute and present a Stipulation of Dismissal With Prejudice to the Court for dismissal of this Action with prejudice.

      In view of the settlement, counsel believes that the Joint Pretrial Order and Pretrial Conference scheduled for January 10, 2020 will not be necessary and requests that the Court cancel the conference.

                                                Very truly yours,

                                                **STERN & SCHURIN LLP**

                                                Steven Stern