UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DJ DIRECT, INC.,

        Plaintiff,

      - against -

RUBIE'S COSTUME COMPANY, INC.,

        Defendant and Counterclaimant.

RUBIE'S COSTUME COMPANY, INC.,

        Counterclaim-Plaintiff,

      - against -

BULL IMPORTS, LLC, JOEL JACOBOWITZ,
YOEL FRIEDMAN, and JOHN DOES 1-10,

        Additional Counterclaim-Defendants.

No. 1:18-cv-07445-BMC

**STIPULATION AND ORDER
OF DISMISSAL**

**IT IS STIPULATED AND AGREED,** by and between the undersigned, the attorneys for the parties to this action set forth below, that the above entitled action and all counterclaims and cross-claims be, and the same hereby are dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and without costs to any party as against the other under the terms of a confidential settlement agreement. This stipulation may be electronically filed without further notice.

Dated: Garden City, New York
     December 13, 2019

STERN & SCHURIN, LLP

By: _____
    Steven Stern, Esq.
595 Stewart Avenue, Suite 510
Garden City, NY 11530
(516) 248-0300
sstern@sternschurin.com
*Attorneys for DJ Direct, Inc.*

Dated: Garden City, New York
     December 30, 2019

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

By: _____
    Kevin Schlosser
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, NY 11530
(516) 731-6565
kschlosser@msek.com
*Attorneys for Rubie's Costume Company*

LAW OFFICES OF
SAMUEL C. SPIRGEL

By: *Samuel C. Spirgel*
Samuel C. Spirgel
16 Court Street, Suite 2506
Brooklyn, NY 11241
(718) 222-4529
*Attorney for Bull Imports, LLC*

AVROM R. VANN, P.C.

By: _____
Avrom R. Vann, Esq.
1211 Avenue of the Americas, 40th Floor
New York, NY 10036-8718
(212) 382-1700
a2442@aol.com
*Attorney for Yoel Friedman*

**SO ORDERED:**

_____
**BRIAN M. COGAN, U.S.D.J.**

4328824